UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM DENISON KELLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WAYNE NICHOLSON | |
| | CIVIL ACTION |
| Plaintiff, | |
| VERSUS | CASE NO. |
| MARC J. DOMINGUE, ALLSTATE INSURANCE COMPANY, BARRIERE CONSTRUCTION CO., LLC, TRAFFIC SOLUTIONS, INC., KELLY ROAD BUILDERS, INC., SOUTHERN SYNERGY, LLC, COMMAND CONSTRUCTION INDUSTRIES, LLC, KASS BROS, INC. and XYZ INSURANCE COMPANY | JUDGE: |
| | MAGISTRATE: |
| Defendants | JURY DEMAND |

## COMPLAINT FOR DAMAGES

NOW COMES Plaintiff, William Denison Kelley, individually and on behalf of the Estate of Wayne Nicholson, who brings this Compliant against Defendants, Marc J. Domingue, Allstate Insurance Company, Barriere Construction Co. LLC, Traffic Solutions, Inc., Kelly Road Builders, Inc., Southern Synergy, LLC, Command Construction Industries, LLC, Kass Bros, Inc., and XYZ Insurance Company and submits and alleges the following:

### PARTIES

1. Plaintiff, William Denison Kelley, is a person of the age of majority, a citizen of the State of Michigan and domiciled in the county of Isabella.

2. Wayne Nicholson was a person of the full age of majority and whose Estate is represented by William Denison Kelley, who is also located in the State of Michigan.

3. Defendant, Marc J. Domingue, is a person of the age of majority, a citizen of the State of Louisiana and domiciled in the parish of St. Tammany.

4. Allstate Insurance Company, a foreign insurer authorized to do and doing business in the Parish of St. Tammany, State of Louisiana.

5. Defendant, Barriere Construction Co., LLC, a corporation with its principal pace of business located at 1 Galleria Blvd. Suite 1650, Metairie, Louisiana 70001, licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

6. Defendant, Traffic Solutions, Inc., a corporation with its principal place of business located at 2950 St. Anthony Avenue, New Orleans, La 70122, licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

7. Defendant, Kelly Road Builders, Inc, a corporation with its principal place of business located at 1860 Woodlands Industrial Drive, Trussville, Alabama 35173, licensed to do and doing business in the parish of St. Tammany, State of Louisiana.

8. Defendant, Southern Synergy, LLC, a corporation with its principal place of business located at 1105 Bert Street, LaPlace, Louisiana 70068, licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

9. Defendant, Command Construction Industries, LLC, a corporation, with its principal place of business located at 68445 James Street, Mandeville, LA 70471, licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

10. Kass Bros, Inc., a corporation, with its principal place of business located at 700 River Road, Westwego, LA 70094, licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

11. Defendant, XYZ Insurance Company, an insurance company whose identity is unknown at this time, however upon information and belief is licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

## JURISDICTION AND VENUE

12. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, because the amount in controversy as to the Plaintiffs exceeds $75,000.00, exclusive of interests and costs, and because all Defendants are incorporated and have their principal place of business in states other than the state in which the Plaintiffs reside.

13. Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391. All Defendants are subject to personal jurisdiction in this venue. The Defendants herein are not residents of the same state, and the events and omissions giving rise to Plaintiff's claims occurred in multiple states. A substantial portion of the events at issue herein occurred and Plaintiff's damages were sustained in the Eastern District of Louisiana.

## BACKGROUND

14. On or about June 3, 2019 at approximately 9:54 p.m., Wayne Nicholson, who was operating his 2003 Chevrolet Trailblazer eastbound on I-12 in the left lane and was at a complete stop due to traffic congestion in a construction work zone, when suddenly and without warning, defendant, Marc J. Domingue, who was also traveling eastbound on I-12, rear-ended the Domingue vehicle causing it to strike another vehicle.

15. At all times relevant herein, complainant, William Denison Kelley, was a guest passenger in the Nicholson vehicle.

16. At all times relevant herein, defendant, Allstate Insurance Company, was the liability and medical payments insurer for defendant, Marc J. Domingue;

17. At all times relevant herein, defendant, Barriere Construction Co., LLC, who was the general contractor overseeing the road construction, failed to properly oversee the construction did not use due care and therefore created a hazardous situation.

18. Further, defendant, XYZ Insurance Company(ies), insurer(s) whose identity(ies) is unknown at this time, was the liability and medical payments insurer(s) for defendants, Barriere Construction Co. LLC, and/or Traffic Solutions, Inc., and/or Kelly Road Builders, Inc., and/or Southern Synergy, LLC, and/or Command Construction Industries, LLC, and/or Kass Bros, Inc.

19. As a result of the said accident, your petitioner, William Denison Kelley, suffered severe and disabling injuries to all muscles and bones of the body, nerves, ligaments, tissues and blood vessels, and more particularly the back, neck and head.

20. As a result of the said accident, your petitioner, The Estate of Wayne Nicholson, suffered severe and life-threatening injuries to all muscles and bones of the body, nerves, ligaments, tissues and blood vessels, and more particularly the back, neck and head, which ultimately caused his untimely death.

21. The above described accident and ensuing injuries and damages to petitioners, William Denison Kelley, individually and on behalf of the Estate of Wayne Nicholson, were the proximately caused by defendants, Marc J. Domingue and Allstate Insurance Company, in the following illustrative, but not necessarily exclusive, acts of negligence:

    a. Failure of the driver to maintain proper control of the vehicle;
    b. Failure to maintain proper lookout;
    c. Following too close;
    d. Operating a vehicle in a careless manner;

    e.  Failure to use reasonable vigilance;

    f.  Failure to obey the traffic laws of the Parish of St. Tammany, State of Louisiana, which are pleaded herein by reference;

    g.  Any and all other acts of negligence which will be proven at the trial of this matter.

22. As the liability insurer and/or medical payments insurer for defendant, Marc J. Domingue, defendant, Allstate Insurance Company, is liable to your petitioner for all acts of negligence of Marc J. Domingue.

23. The above described accident and ensuing injuries and damages to petitioners, William Denison Kelley, individually and on behalf of the Estate of Wayne Nicholson, were the proximately caused by defendants, Barriere Construction Company, Traffic Solutions, Inc., Kelly Road Builders Inc., Southern Synergy, LLC, Command Construction Industries, LLC, and Kass Bros., Inc. in the following illustrative, but not necessarily exclusive, acts of negligence:

    a.  Failure to properly oversee the construction site;

    b.  Failure to use due care;

    c.  Failure to use proper signage at the time of the incident;

    d.  Failure to properly position temporary defectors;

    e.  Any and all other acts of negligence which will be proven at the trial of this matter.

24. As the liability insurer and/or medical payments insurer for defendants Barriere Construction Co. LLC, and/or Traffic Solutions, Inc., and/or Kelly Road Builders, Inc., and/or Southern Synergy, LLC, and/or Command Construction Industries, LLC, and/or Kass Bros, Inc., XYZ Insurance Company is liable to your petitioner for all acts of negligence of defendants.

25. As a result of defendants' negligence enumerated hereinabove, petitioner is entitled to reasonable damages and hereby itemizes her damages as follows:

    a. Past, present and future physical pain and suffering;

    b. Past, present and future mental pain and suffering;

    c. Lost wages;

    d. Loss of earning capacity;

    e. Property damage;

    f. Loss of use;

    g. Permanent scarring;

    h. Loss of life;

    i. Loos of love and affection;

    j. Past, present and future medical bills.

26. Petitioner avers amicable demand, without avail.

WHEREFORE, Plaintiff, William Denison Kelley, individually and on behalf of the Estate of Wayne Nicholson, prays that the Defendants, Marc J. Domingue, Allstate Insurance Company, Barriere Construction Co. LLC, Traffic Solutions, Inc., Kelly Road Builders Inc., Southern Synergy, LLC, Command Construction Industries, LLC, Kass Bros., Inc., and XYZ Insurance Company, be duly served and cited to appear and answer this Complaint as provided by law, that after all legal delays and due proceedings had, there be trial by jury on all issues so triable herein, and judgment jointly, severally and *in solido* against the Defendants, Marc J. Domingue, Allstate Insurance Company, Barriere Construction Co. LLC, Traffic Solutions, Inc., Kelly Road Builders Inc., Southern Synergy, LLC, Command Construction Industries, LLC, Kass Bros., Inc., and XYZ Insurance Company, and in favor of Plaintiff, for all compensatory damages as are reasonable in

the premises, including, but not limited to, damages for personal injury, costs of these proceedings, attorneys' fees, legal interest thereon from the date of judicial demand until paid, and for all general and equitable relief as may be required.

## JURY DEMAND

Petitioners demand a trial by jury on all factual issues.

Dated: May 20th  2020.

                                    Respectfully submitted,

                                    JOHN D. SILEO, L.L.C.

                                    By: _/s/ John D. Sileo_
                                    JOHN D. SILEO, T.A., # 17797
                                    CASEY W. MOLL, #35925
                                    320 North Carrollton Avenue #101
                                    New Orleans, LA 70119
                                    Telephone: (504) 486-4343
                                    jack@johnsileolaw.com
                                    casey@johnsileolaw.com