UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM KELLEY** | **CIVIL ACTION NO: 20-CV-1496** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **MARC J. DOMINGUE, ET AL.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## JUDGMENT

Based on the foregoing Order and Reasons (Record Document 119), **IT IS ORDERED, ADJUDGED, AND DECREED** that the Louisiana State Police's Motion to Dismiss (Record Document 84) is **GRANTED IN PART and DENIED IN PART AS MOOT**. To the extent the Louisiana State Police seeks dismissal for lack of subject matter jurisdiction, its motion is **GRANTED**, and Kelley's claims against it are **DISMISSED WITHOUT PREJUDICE**.

To the extent the Louisiana State Police seeks dismissal for insufficient service of process, its motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**